IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kyle Leslie Catlin, | No. CV-18-00420-TUC-RCC |
| Petitioner, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Respondents. | |

On April 14, 2021, Magistrate Judge Jacqueline M. Rateau issued a Report and Recommendation ("R&R") in which she recommended that the Court enter an order denying Petitioner Kyle Leslie Catlin's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1). (Doc. 21 at 9.) Judge Rateau notified the parties they had fourteen days from the date of the R&R to file objections and an additional fourteen days to file a response. (*Id.*) No objections were filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute guiding review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Id*. at 154.

The Court has reviewed and considered the petition (Doc. 1), Judge Rateau's screening order (Doc. 7), Respondent's limited answer (Doc. 15), and the R&R (Doc.

21). The Court finds the R&R well-reasoned and agrees with Judge Rateau's conclusions.

Accordingly, IT IS ORDERED the R&R is ADOPTED (Doc. 21) and Plaintiff's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in Federal Custody (Doc. 1) is DISMISSED WITH PREJUDICE. The Clerk of Court shall docket accordingly and close the case file in this matter.

Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, in the event Petitioner files an appeal, the Court declines to issue a certificate of appealability because reasonable jurists would not find the Court's ruling debatable. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated this 19th day of July, 2021.

_____
Honorable Raner C. Collins
Senior United States District Judge